UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MELANIE A. FLOYD, | ) | Civil Action No. 4:18-cv-00419-AMQ-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Remand and Plaintiff's consent thereto, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).[1]

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

September 6, 2018

---

[1]The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.